USA

vs.

**Jose Lopez-Guevara**

**Criminal No. RDB-25-10**                    **Government Exhibits**

**2/9/26 Motions**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| **M-1** | **2/9/26** | **2/9/26** | **Search warrant package** |
| **M-2.1** | **2/9/26** | **2/9/26** | **Recording of interview of M.E.** |
| **M-2.2** | **2/9/26** | **2/9/26** | **Transcript/translation of 2.1 (M.E. interview)** |
| **M-8** | **2/9/26** | **2/9/26** | **Summary timeline of 12/12/24** |
| **M-10** | **2/9/26** | **2/9/26** | **Photo** |

✓ FILED     ___ ENTERED
____ LOGGED _____ RECEIVED

8:20 am, Feb 10 2026

AT  BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____R.C._____Deputy

Exhibit List (Rev. 3/1999)