## USA

## vs.

## Jose Lopez-Guevara

**Criminal No. RDB-25-10**                                        **Defense Exhibits**

**2/9/26 Motions**

| Exhibit No. | Identification | Admitted | Description |
|:---:|:---:|:---:|:---:|
| 1 | | | **DEF interrogation post-interview #1 2720 - 3256** |
| 2 | | | **DEF interrogation post-interview #1 5429 - 10522** |
| 3 | | | **DEF interrogation post-interview #1 30911 - 30921** |
| 4 | | | **DEF interrogation interview at precinct 000 - 159** |
| 5 | 2/9/26 | 2/9/26 | **Photo** |

✓ ___ FILED   ___ ENTERED
____ LOGGED   _____ RECEIVED

8:21 am, Feb 10 2026

AT  BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____ R.C. ____ Deputy

Exhibit List (Rev. 3/1999)