## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA

v.

JOSE ADAN LOPEZ-GUEVARA,

Defendant.

Criminal No.  RDB-25-10

FILED
LOGGED
ENTERED
RECEIVED

FEB 2 6 2026

AT BAL...
CLERK, U.S. ...
DISTRICT OF MARYLAND

BY ___ 26 ___ DEPUTY

### GOVERNMENT'S EXHIBIT LIST (MOTIONS HEARING)

| EXHIBIT NO. | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| M-1 | Search Warrant Package | | 2/9/26 | 2/9/26 |
| M-2.1 | Recording of Interview of M.E. | | 2/9/26 | 2/9/26 |
| M-2.2 | Transcript/Translation of 2.1 (M.E. interview) | | 2/9/26 | 2/9/26 |
| M-3 | ROI 017-Encounter and Interview of Lopez-Guevara | | 2/26/26 | 2/26/26 |
| M-4 | Miranda Form | | 2/26/26 | 2/26/26 |
| M-5.1 | Recording of Interview of Lopez-Guevara (4:59 pm – 5:34 pm) | | 2/26/26 | 2/26/26 |
| M-5.2 | Transcript of 5.1 | | 2/26/26 | 2/26/26 |
| M-6.1 | Recording of Interview of Lopez-Guevara (5:56 pm – 9:19 pm) | | 2/26/26 | 2/26/26 |
| M-6.2 | Transcript of 6.1 | | 2/26/26 | 2/26/26 |
| M-7.1 | Recording of Interview of Lopez-Guevara (9:44 pm – 10:16 pm) | | 2/26/26 | 2/26/26 |
| M-7.2 | Transcript of 7.1 | | 2/26/26 | 2/26/26 |
| M-7.3 | *Video Recording of Interview of Lopez-Guevara (9:44 pm – 10:16 pm) (CSAM)* | | 2/26/26 | 2/26/26 |
| M-8 | Summary Timeline of December 12, 2024 | | 2/9/26 | 2/9/26 |
| M-9 | Hand photo shown to M.E. | | | |
| M-10 | Photo | | 2/9/26 | 2/9/26 |
| | | | | |