## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA     *

vs.     *

Jose Adnan Lopez-Guevara     *     Criminal No: 1:25-cr-00010-RDB

    *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## DEFENDANT'S EXHIBIT LIST

| Exhibit | Description | Identified | Admitted |
|---|---|---|---|
| 1 | Jose Lopez-Guevara Interrogation Post-Interview #1 2720 – 3256 (translated by Yolanda Wheaton) | 2/26/26 | 2/26/26 |
| 2 | Jose Lopez-Guevara Interrogation Post-Interview #1 5429 – 10522 (translated by Yolanda Wheaton) | 2/26/26 | 2/26/26 |
| 3 | Jose Lopez-Guevara Interrogation Post-Interview #1 30911 – 30921 (translated by Yolanda Wheaton) | 2/26/26 | 2/26/26 |
| 4 | Jose Lopez-Guevara Interrogation Interview at Precinct 000 – 159 (translated by Yolanda Wheaton) | 2/26/26 | 2/26/26 |
| 5 | Photograph | 2/9/26 | 2/9/26 |

1