# U.S. v. LOPEZ GUEVARA

Image comparison conducted by CFA Christopher Vogeler

Peer Reviewed by CFA Travis Zabroski

Homeland Security Investigations (HSI) Victim Identification Section

Completed on February 4, 2026

HSI Baltimore, MD

BA07QR25BA0004

Contains Abuse Material

USAO-000674

# Questioned Images





1                                         2

U.S. v. LOPEZ GUEVARA - Contains Abuse Material

2

**USAO-000675**

# Questioned Images Utilized



3

U.S. v. LOPEZ GUEVARA - Contains Abuse Material

3

**USAO-000676**

# Questioned Images

1 – Questioned 2951435670518713225.0.jpg; depicting the left hand of an unknown subject, holding the penis of another person.

2 – Questioned Image -4919742519731159057.0.jpg; depicting the right hand of an unknown subject, pulling the gluteus maximus of a male, exposing his anus.

3 – Questioned Image -6266502391776813927.0.jpg; depicting the left hand of an unknown subject, spreading the labia majora of a female exposing her vagina.

USAO-000677

# Known Suspect (Exemplar) Images



4



5

U.S. v. LOPEZ GUEVARA - Contains Abuse Material

USAO-000678

# Known Suspect (Exemplar) Images



6

U.S. v. LOPEZ GUEVARA - Contains Abuse Material

**USAO-000679**

# Known Suspect (Exemplar) Images Utilized

4 – Exemplar image DSCN8524.NRW; provided by Special Agent (SA) Rachal Torg with Homeland Security Investigations Baltimore MD, depicting the left hand of LOPEZ GUEVARA under controlled conditions.

5 – Exemplar image DSCN8551.NRW; provided by SA Torg with Homeland Security Investigations Baltimore MD, depicting the right hand of LOPEZ GUEVARA under controlled conditions.

6 - Exemplar Image DSCN8527.NRW; provided by SA Torg with Homeland Security Investigations Baltimore MD, depicting the left hand of LOPEZ GUEVARA under controlled conditions.

USAO-000680

# Left Hand Image Comparison

# Left Hand Overview



1



4

U.S. v. LOPEZ GUEVARA - Contains Abuse Material

9

**USAO-000682**

# Image Preparation for Comparison

Questioned Image 1 was opened in Amped FIVE (Forensic Image and Video Enhancement) software with the _Crop_ image process applied. The resulting image was saved as a Tagged Image File Format (TIFF) and is labeled 1A.

Exemplar Image 4 was opened in Amped FIVE with the _Rotate_, _Crop_ and _Exposure_ image processes applied in order to view the image in the same orientation as the Questioned Image above. The resulting image was saved as a TIFF and is labeled 4A.

_Crop_ - Crops a region of interest of the image. The Crop tool produces an output image which is only the selected region of the input image.

_Rotate_ - The Rotate filter rotates the image by the given angle. If the rotation angle is not multiple of 90 degrees, the selected interpolation algorithm is used, otherwise the original pixel values are only transposed.

_Exposure_ - modifies the pixel values in the midtone-to-white range with minimal effect on the shadows.

U.S. v. LOPEZ GUEVARA - Contains Abuse Material

USAO-000683

# Left Hand Overview with Image Processes Applied



1A



4A

U.S. v. LOPEZ GUEVARA - Contains Abuse Material

USAO-000684

# Left Hand Comparison Overview

- I observed eighteen (18) deep creases consistent in both the questioned and exemplar images; labeled in red as: "A", "B", "C", "E", "J", "K", "L",  "M", "N", "O", "P", "Q", "R", "S", "T", "U", "V", and "W".
- I observed five (5) light creases consistent in both the questioned and exemplar images; labeled in red as: "D", "F", "G", "H", and "I".

USAO-000685

# Left Hand Comparison



1A

4A

U.S. v. LOPEZ GUEVARA - Contains Abuse Material

USAO-000686

# Left Hand Comparison

- I observed the tip of the thumb has a conical shape that appears consistent in both the questioned and exemplar images.

- I observed two (2) creases on the second knuckle of the thumb labeled "A" and "B" that connect to form an oval shape. This shape appears consistent in both the questioned and exemplar images.

- I observed three (3) creases on the first knuckle of the thumb labeled "C", "D", and "E" that appear to be similar in size, shape, and location in both the questioned and exemplar images.

- I observed two (2) creases on the lower left edge of the palm labeled "F", and "G" that run parallel to one another and is consistent in both the questioned and exemplar images.

- I observed four (4) creases on the wrist labeled "H", "I", "M", and "N". The deep creases labeled "M" and "N" appear to run in parallel across the wrist. The spacing appears consistent in both the questioned and exemplar images. Within the Questioned Image, crease "M" appears as a single deep crease. Within the Exemplar Image, crease "M" appears as a cluster of small creases. This is likely due to the position of the wrist and absence of applied pressure.

U.S. v. LOPEZ GUEVARA - Contains Abuse Material

USAO-000687

# Left Hand Comparison

- I observed three (3) distinct palmer flection creases in the center of the palm labeled "J", "K", and "L". The creases "J", and "K" run vertically and stop at crease "L" that runs horizontal across the palm which appear to be consistent in both the questioned and exemplar images.

- I observed seven (7) deep creases on the outside edge of the palm labeled "O", "P", "Q", "R", "S", "T", and "U" that appear consistent in both the questioned and exemplar images.

- I observed two (2) creases on the second knuckle of the pinkie finger labeled "W", and "V". The crease labeled "W" curves slightly towards the crease labeled "V" and is consistent in both the questioned and exemplar images.

USAO-000688

# Right Hand Image Comparison

# Right Hand Overview





2

5

U.S. v. LOPEZ GUEVARA - Contains Abuse Material

17

**USAO-000690**

# Image Preparation for Comparison

Questioned Image 2 was opened in Amped FIVE with the _Crop_ image process applied. The resulting image was saved as a TIFF and is labeled 2A.

Exemplar Image 5 was opened in Amped FIVE with the _Crop_, and _Exposure_ image processes applied in order to highlight the image details. The resulting image was saved as a TIFF and is labeled 5A.

_Crop_ - Crops a region of interest of the image. The Crop tool produces an output image which is only the selected region of the input image.

_Exposure_ - modifies the pixel values in the midtone-to-white range with minimal effect on the shadows.

U.S. v. LOPEZ GUEVARA - Contains Abuse Material

USAO-000691

# Right Hand Overview with Image Processes Applied



2A



5A

U.S. v. LOPEZ GUEVARA - Contains Abuse Material

USAO-000692

# Right Hand Comparison Overview

- I observed nineteen (19) creases consistent in both the questioned and exemplar images; labeled in red as: "A", "B", "C", "D", "E", "F", "G", "H", "I", "J", "K", "L",  "M", "N", "O", "P", "Q", "R", and "S".

# Right Hand Comparison



2A



5A

U.S. v. LOPEZ GUEVARA - Contains Abuse Material

21

USAO-000694

# Right Hand Comparison

- I observed four (4) creases on the second knuckle of the right index finger labeled "A", "B", "C", "D" that are consistent in size, shape, and spacing in both the questioned and exemplar images.

- I observed five (5) deep creases on the webbing between the index finger and thumb labeled "E", "F", "G", "H", and "I". The creases "E", "F", and "H", "I" form two separate V shapes that appear consistent in size and location in both the questioned and exemplar images.

- I observed four (4) short creases on the first knuckle of the thumb labeled "J", "K", "L", and "M" that appear to be similar in size, shape, and location in both the questioned and exemplar images.

- I observed two (2) light creases between the first and second knuckles on the thumb labeled "N" and "O" that appear consistent in both the questioned and exemplar images.

- I observed four (4) creases on the second knuckle of the thumb labeled "P", "Q", "R", and "S" that appear to be similar in size, shape, and location in both the questioned and exemplar images.

U.S. v. LOPEZ GUEVARA - Contains Abuse Material

USAO-000695

# Left Ring, Middle, and Index Fingers Image Comparison

# Left Ring, Middle, and Index Fingers Overview



3



6

# Image Preparation for Comparison

Questioned Image 3 was opened in Amped FIVE with the *Crop* image process applied. The resulting image was saved as a TIFF and is labeled 3A.

Exemplar Image 6 was opened in Amped FIVE with the *Rotate*, *Crop* and *Exposure* image processes applied view the image in the same orientation as the Questioned Image above. The resulting image was saved as a TIFF and is labeled 6A.

*Crop* - Crops a region of interest of the image. The Crop tool produces an output image which is only the selected region of the input image.

*Rotate* - The Rotate filter rotates the image by the given angle. If the rotation angle is not multiple of 90 degrees, the selected interpolation algorithm is used, otherwise the original pixel values are only transposed.

*Exposure* - modifies the pixel values in the midtone-to-white range with minimal effect on the shadows.

U.S. v. LOPEZ GUEVARA - Contains Abuse Material

USAO-000698

# Left Ring, Middle and Index Fingers Overview with Image Processes Applied



3A



6A

U.S. v. LOPEZ GUEVARA - Contains Abuse Material

USAO-000699

# Left Ring, Middle and Index Fingers Comparison Overview

- I observed five (5) deep creases that appears consistent in both the questioned and exemplar images; labeled in red as: "A", "B", "C", "D" and "E".

# Left Ring, Middle and Index Fingers Comparison



3A



6A

U.S. v. LOPEZ GUEVARA - Contains Abuse Material

USAO-000701

# Left Ring, Middle and Index Fingers Comparison

- I observed one (1) deep crease on the third knuckle of the ring finger, labeled as "A", that appear to be similar in size and location in both the questioned and exemplar images.

- I observed one (1) deep crease on the third knuckle of the middle finger, labeled as "B", that has a unique curved shape and appear to be similar in size and location in both the questioned and exemplar images.

- I observed one (1) deep crease on the third knuckle of the index finger, labeled as "C", that appear to be similar in size and location in both the questioned and exemplar images.

- I observed two (2) deep creases on the second knuckle of the index finger, labeled as "D", and "E" that appear to be similar in size, spacing and location in both the questioned and exemplar images.

- I observed that the ring and index finger appear to be similar in length in relation to the middle finger and appear to be consistent in both the question and exemplar images.

U.S. v. LOPEZ GUEVARA - Contains Abuse Material

USAO-000702

# Conclusion

The Homeland Security Investigations Cyber Crimes Center Victim Identification Lab were made aware of child sexual exploitation material by the HSI field office in Baltimore, MD. Three (3) images were found to be suitable for comparison.

Based on the comparative image analysis of the left, and right hands shown in the Questioned Imagery and the left, and right hands shown in the Exemplar Imagery, there is support that they come from a common source and it is likely that they depict the same person. This decision is based on the similarities between the anatomy compared. Due to the extreme difficulty in replicating the Questioned Images, the differences viewed can be explained by either a difference in illumination conditions, camera angle/perspective, or a mixture of both.

**USAO-000703**