**A LIFEBRIDGE HEALTH GROUP**
**CENTER FOR HOPE**
Advancing hope, healing and resilience

Paul Budlow
Assistant United States Attorney
United States Attorney's Office – District of Maryland
Paul.Budlow@usdoj.gov


October 29, 2025


Dear Mr. Budlow,

At the request of the Homeland Security Investigation (HSI) office, I reviewed the provided videos and images at The Center for Hope (formerly Baltimore Child Abuse Center) to assess for the following requests:

1. Compare photographs/videos and examination findings from HSI material to ███████████ ██████ (seen by Dr. Chudow at Center for Hope (CFH) on 2/19/2025), including any identifying marks on ████████████████ or people in HSI photographs/videos
2. Pre- versus post-pubertal determination for people in HSI photographs/videos


**Summary of CFH images and exam findings:**

- E███ L███ E███ – 1 year old female child with no significant past medical history, recently diagnosed with influenza by PMD.  On exam, noted to have nevus (freckle) on posterior right shoulder, freckle on right flank, hyperpigmented patch left hip/lower flank, and some erythematous papules in diaper area.  Genitourinary (GU) exam Sexual Maturity Rating (SMR) 1 annular hymen, no acute or healed injury, no discharge or erythema, no abnormal anal findings.
- J███ L███-E███ – 12 year old male child with no significant past medical history.  On exam, noted to have nevus (freckle) left cheek of face, lower midline back with hyperpigmented patch just to left of midline and freckle just to right of midline, scar medial right ankle, hyperpigmented patch right abdomen, freckle on underside of left hemiscrotum, papular rash bilateral buttocks.  GU exam SMR 2 uncircumcised penis, foreskin easily retractile, normal phallus, testes descended and normal to palpation bilaterally, no inguinal hernias palpated bilaterally, no penile/scrotal acute or healed injury

USAO-000424

visible; anal exam with no significant dilation, erythema, edema, fissures, or signs of acute or healed injury.

- N███ L████-E███ – 3 year old male child with no significant past medical history.  On exam, noted to have hypopigmented spot lateral right shoulder, linear scar anterior right shin, hyperpigmented patch left anterior thigh, inverted lesion left chest below nipple (consistent with incompletely formed accessory nipple), hyperpigmented patches bilateral anterior hips overlapping with impression lines from diaper, erythematous papules bilateral buttocks.  GU exam SMR 1 uncircumcised penis, normal phallus, difficulty palpating testicles bilaterally (possibly retractile), no inguinal hernias palpated bilaterally, no penile/scrotal acute or healed injury visible; anal exam with no significant dilation, erythema, edema, or fissures.  Subtle scar tissue at anterior aspect of peri-anal area (12 o'clock in supine knee chest position) initially not identified but seen on later review of CFH photographs.
- S███ L████-E███ – 9 year old female child with no significant past medical history.  On exam, noted to have hyperpigmented and ovoid-shaped nevus on lateral left calf with dark hairs, hyperpigmented patch with central clearing by right axilla, three nevi (freckles) in curvilinear arrangement on right side of perineum (most posterior nevus just to the right of anus, one above that to right of posterior aspect of vaginal opening, one above that towards base of right labia), hyperpigmented patch just medial to left inguinal crease at base of abdomen, freckle in right inguinal crease.  GU exam SMR 1 annular hymen, no acute or healed injury visible, no discharge or erythema, some increased vascularity of hymen tissue, some non-specific erythema and increased tissue density at anterior aspect of anal opening (in supine position); exam slightly limited due to patient trying multiple times to cover her own anus with her hands.
- Z██ L████-E███ – 6 year old female child with no significant past medical history.  On exam, noted to have nevus (freckle) anterior left shoulder, freckle posterior right shoulder, freckle midline lower back, inverted lesion left chest below nipple (consistent with incompletely formed accessory nipple), freckle at 6 o-clock in immediate perianal area (in supine position).  GU exam SMR 1 annular hymen, no acute or healed injury visible, no discharge or erythema, no abnormal anal findings.

USAO-000425

**Summary of HSI images**:

- Count 1 – 1A: Short video of young boy wearing sleeveless shirt performing fellatio on uncircumcised penis with nevus (freckle) on anterior and proximal aspect of shaft; shaft protruding from opening in clothing.
- Count 2
  - 2A: Short video of young boy wearing sleeveless shirt using his right hand to perform mastubatory motions (child using his hand, grasping the shaft, and moving hand up and down the shaft) on uncircumcised penis with nevus (freckle) on anterior and proximal aspect of shaft; shaft protruding from opening in clothing.
  - 2B: Short video.  Same setting and clothing, same young boy, as 2A.  Child is using right hand to perform mastubatory motions on same penis.  Some Spanish is spoken.  Child uses both hands to spread apart urethral opening at penile meatus.
  - 2C: Short video.  Same setting and clothing, same young boy as 2A and 2B.  Child initially posing resting his chin on penile meatus then kisses ventral aspect of tip of penis.  Next, patient rests his left cheek onto penis then kisses penis again.
- Count 3 – 3A: Similar-appearing boy to that seen in Count 2, though appears younger in this video).  No clothing apparent on child or adult.  Child is kneeling between adult's legs, using both hands to hold penis, foreskin of adult penis either retracted (or uncircumcised penis; shaft not visible).
- Count 4 – 4A: Video of child laying prone (stomach down) on a green blanket, short hair quickly visible so appears to be a boy.  Adult-appearing right hand with long fingernails manipulates child's right buttock to expose anal opening, then inserts right index finger between buttocks, possibly into child's anal opening, and moves finger back and forth a few times.
- Count 5:
  - 5A: Photo of erect shaft protruding from opening in clothing (khaki colored cargo pants or shorts), either circumcised or with foreskin fully retracted, freckle visible on anterior and proximal aspect of shaft.  Second person (wearing shirt depicting French fries and blue bottoms) in photograph but face/head moving and blurry.
  - 5B: Same clothing as in 5A for both people in photo.  No exposed genitalia, though second person appears to be sitting on leg of person wearing khaki-colored bottoms.
- (No Count 6 provided for review)

**USAO-000426**

- Count 7:
  - 7A: Photograph of naked, pre-pubertal male child (no visible pubic hair, penis and scrotum appear small relative to size of child's body) standing in front of a black sofa, holding blue towel behind his body.  From facial features, this child appears to be ██████████, eyes closed and face tilted towards floor.
  - 7B: Same room, towel, sofa, and child as 7A.  Child is standing and looking at camera/phone taking the photograph.
  - 7C: Same room, towel, sofa, and child as 7A/B.  Child is sitting on the sofa with legs spread open, looking at camera/phone taking photograph.
  - 7D: Same room, towel, sofa, and child as 7A/B/C.  Child is standing in front of sofa smiling at camera/phone taking photograph.
  - 7E: Same room, towel, sofa, and child as 7A/B/C/D.  Child is sitting on the sofa with legs spread open, eyes closed tightly.
- Count 8:
  - 8A: Photograph of left hand with long fingernails. Holding near base of penile shaft of pre-pubertal child (no pubic hair visible), foreskin retracted to show urethral and penile meatus.
  - 8B: Photograph of exposed pre-pubertal penis with foreskin retracted (feet and gray shorts visible around child's feet).
  - 8C: Photograph of left hand with long fingernails (appears to be same hand as in 8A) holding base of penile shaft of same pre-pubertal child as in 8B (shorts/feet are the same), foreskin still retracted.
- Count 9:
  - 9A: Photo of person facing away from the camera, leaning their forehead onto a wall, with gray shorts pulled down around lower legs and red and blue boxer briefs visible. Skin finding of lower midline back with hyperpigmented patch just to left of midline in this photograph identifies subject of the photograph as Jose Lopez-Erazo.
  - 9B: Same carpet and wall as in 9A.  Male child bending over away from camera, exposing anal opening to camera view; scrotal bulge visible ventrally.
  - 9C: Erect, pre-puberal penis (no pubic hair) with foreskin retracted pictured, no visible clothing on subject's body.  Child appears to laying on the floor.
  - 9D: Nearly identical photo to that in 9B, but this time adult-appearing right hand is manipulating right buttock of subject in order to expose more of subject's anal opening.
  - 9E: Same child and carpet as in 9A/B (Jose's left lower back hyperpigmented patch again visible).  Child appears to be on all fours on carpet with buttocks raised up into the air.  Adult-appearing right hand is hold shaft of a penis, foreskin retracted (or

circumcised), with tip of that penis touching between child's buttocks (but not inserted into anal opening).

- o 9F: Child (who appears to be either ███████████████ by facial features) kneeling on carpet facing the camera, with an uncircumcised penis pointing towards the child's body.
- o 9G: Same child and clothing as in 9A, now clearly identifiable as ███████████ with gray shorts around lower legs and same read and blue boxer briefs on, standing in front of wall and facing camera.
- o 9H: Curly-headed person bent over erect penis of adult lying on the floor (large thatch of pubic hair visible at base of penis); photograph does not depict person's mouth, but the posture is that of fellatio.
- o 9I: Child (who appears to be ████████████ by facial features) laying on white carpeted floor looking at a phone, naked, with scrotum and erect penis (foreskin retracted) clearly visible to camera.
- o 9J: Same child and phone as in 9I, now laying with legs spread open, scrotum, penis (with foreskin no longer retracted), and spread buttocks clearly visible to camera.

- Count 10:
  - o 10A: Adult/post-pubescent penis (hair on stomach), penis protruding from opening in clothing (red plaid shorts or boxers).  Penis is clearly inserted, almost to the penile base, into anal opening/between buttocks of person who appears to be sitting on adult's lap.
  - o 10B: Closer-up view of 10A.
  - o 10C: Farther away view of 10A/B.
  - o 10D: Same boxers as visible in 10A/B/C, now with adult-appearing penis (held at base of shaft by right hand with long fingernails).  Child in photo (with facial features similar to ████████████) clearly encircling tip of penis with his mouth/lips.

- Count 11:
  - o 11A: Photograph of person lying prone on a surface (possibly covered by a sheet), buttocks facing camera, with white colored liquid visible on left buttock.
  - o 11B: Closer-up view of 11A.
  - o 11C: Photograph of person kneeling on a surface (same sheet as pictured in 11A), buttocks facing camera, with adult right hand/thumb manipulating right buttock to further expose/open anal orifice.  Triangular-shaped scar tissue extending outward from anal orifice (in 12 o'clock position if subject were to be positioned supine). This triangular area of scarring appears similar to that seen in CFH photographs of ██████████████.

- Count 12:
  - 12A: Penis protruding from red plaid boxers (same as those seen in 10A/B/C), with right hand holding shaft and inserting tip of penis between buttocks of another person (buttocks and very low back visible).  Penis either uncircumcised or foreskin retracted.
  - 12B: Same red plaid boxers, though left hand of adult now visible holding onto shaft of penis (which is either uncircumcised or has foreskin retracted).  Second person in photograph is now lying supine (face up) on the first person's legs, with his legs spread open, SMR 1 uncircumcised phallus and scrotum visible, with penis being held at entrance to child's anal opening.
  - 12C: Closer-up view of 12A.
  - 12D: Same red plaid boxers as 12A/B and 10A/B/C with penis protruding though the opening; freckle on anterior and proximal aspect of penile shaft visible, penis is either uncircumcised or has foreskin retracted.  Penile tip positioned at entrance to second person's anal orifice.  Foot or other body part of second person appears to block upper right corner of photograph.
- Count 13:
  - 13A: Post-pubertal male wearing green and blue plaid boxers (hair on stomach) on right-hand side of photograph.  Right hand with long fingernails holding near base of penis protruding from opening of boxers, foreskin of penis appears retracted.  Person on left side of photograph laying supine with legs spread, wearing blue underwear with hole cut out of underwear at anal orifice.  Penis of person on right of photograph is positioned at opening of anal orifice of person on left.
  - 13B: Same two people as in 13A (same boxers and cut blue underwear), now with erect penis pointing towards second person's buttocks but not touching skin.
  - 13C: Same two people as in 13A/B, now with tip of penis being inserted into anal orifice of second person.
  - 13D: Same two people as in 13A/B/C, with penis now pointing towards (but not touching) second person's buttocks, and right hand manipulating second person's left buttock to further expose anal opening.
- Count 14:
  - 14A: Photograph of a child (wearing white T-shirt) being over penis of another person (wearing red and green shirts or boxers).  There is a blurry right hand holding shaft of penis and pointing it towards child's face.
  - 14B: Same two people as in 14A.  Child now appears to be bending over further in such a way as to have their mouth around tip of penis, though child's lips/mouth not visible in photograph.

- Count 15:
    - 15A: Female, pre-pubertal child (no pubic hair visible) laying supine (face up) on a flat surface with legs spread open; child's left nipple, labia, clitoral hood, and buttocks are clearly visible in the photograph.
    - 15B: Closer-up, though less focused view of 15A.
    - 15C: Same female child as in 15A/B, though adult-appearing left hand with long fingernails is now manipulating her right labia to further expose her genital structures.  Three freckles arranged in curvilinear fashion by right labia identifies this female child as ███████████ .
- Miscellaneous:
    - M1: Male child (appears to be a young ████████████ by facial features) pictured with his lips around an erect penis (protruding from underneath a standing person wearing an orange shirt).
    - M2: Pre-pubertal male child (no pubic hair) wearing a blue shirt but no underwear, pictured standing with an erect penis with foreskin retracted.  Child is pre-pubertal (no pubic hair).
    - M3: Pre-pubertal male child (no pubic hair) lying supine on flat surface, no underwear, foreskin retracted, with his penis being held upright by an adult-appearing left hand with long fingernails.
    - M4: Same child/clothing as in M3, though adult left hand is in motion/blurry.
    - M5: Photograph of ████████████ (clearly identifiable by facial features), standing upright with arms akimbo wearing nothing but red boxer briefs.
    - M6: Same child/clothing as in M3/4, child's foreskin not retracted (or barely retracted), with same adult left hand holding penis.

**Interpretation of Findings:**

Six videos and forty-six photographs provided for expert medical review.  These photographs and videos clearly depict multiple images of pre-pubescent children (no pubic hair) with their genitalia being exposed and manipulated, engaging in inappropriate contact with an adult-appearing penis (pubic and stomach hair, fondling, mastubatory motions, fellatio), and being anally penetrated (both by a finger and a penis).  ████████████████████████ are clearly identifiable in these images when compared to examinations done and photographs taken during their medical evaluation at Center for Hope (████ in 11C, ████ in 15C, and ███ in multiple images – 7, 9, 10, M1, M5 – both by facial features and skin findings).  Additionally, there are

multiple images of the same adult hands (long fingernails) and penis (freckle on the anterior and proximal aspect of the shaft).

Please let me know if you have any questions or concerns related to this summary.

Thank you,

*Michelle Chudow, M.D.*

Dr. Michelle Chudow, M.D., FAAP
Attending Pediatrician, Center for Hope
5400 Preakness Way, Baltimore, MD 21215

USAO-000431

**Glossary of Medical Terminology:**

- Anterior – Referring to the front portion of the body
- Anus, anal – Rectal opening where stool/poop comes out, having to do with rectal opening
- Axilla – Armpit
- Distal – Farther away from the center of the body
- Erythema, erythematous – Red in color (in relation to skin)
- Flank – Side of the torso/trunk of the body
- Genitalia – Private parts (includes penis, scrotum, vagina, etc.)
- Hyperpigmented – Darkened skin color
- Hymen – Ring of tissue at opening of vagina
- Inguinal – Related to the area of the body where the tops of the legs meet the bottom of the torso/trunk
- Labia – Fleshy folds of tissue that meet to cover the vaginal opening
- Lateral – Farther away from the center/midline of the body
- Meatus – Bulbous, rounded tissue at the tip/end of the penis
- Medial – Closer to the center/midline of the body
- Orifice – Opening in the body
- Ovoid – Oval in shape
- Nevus – Freckle or mole (plural: nevi)
- Papule – Raised bump on the skin
- Patch – Flat area of skin
- Perineum – Skin surrounding the genitalia
- Phallus – Shaft part of the penis
- Posterior – Referring to the back portion of the body
- Prone – The position when the body/person is laying face down
- Proximal – Closer to the center of the body
- Scrotal – Having to do with the sac of skin holding the testicles/testes
- Supine – The position when the body/person is laying face up
- Vascularity – Related to the blood vessels visible in skin or other body tissue
- Ventral – Having to do with a part of the body on the same side as the abdomen/stomach

USAO-000432