

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Victoria Liu*
*Assistant United States Attorney*
*Victoria.Liu@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4878*
*MAIN: 410-209-4800*
*FAX: 410-962-3091*

March 23, 2026

***Via Email***

Francisco A. Carriedo, Assistant Federal Public Defender
Gabriel Reyes, Assistant Federal Public Defender
Federal Public Defender's Office
Northern Division
Tower II, Ninth Floor
100 South Charles Street
Baltimore, MD 21201-2705

  Re:  *United States v. Jose Adan Lopez-Guevara,*
     Case No. RDB-25-010
     Discovery Production #18 – Expert Disclosure

Dear Counsel:

  <u>Expert Notice Disclosure:</u>

  The United States contends that the below anticipated testimony is lay witness testimony under Rule 701 and, therefore, does not need to be disclosed as potential expert testimony pursuant to Rules 702 and 703 of the Federal Rules of Evidence. However, in an abundance of caution, the following summary of testimony is provided pursuant to Federal Rule of Criminal Procedure Rule 16(a)(1)(G) and is a complete statement of Homeland Security Investigations Special Agent Greg Squire.

  An excerpt of this witness's report was provided to you on February 20, 2025 as part of the first discovery production. The full report was disclosed to you on March 18, 2026 as part of Production #17.

  The government intends to call Homeland Security Investigations Special Agent Greg Squire as a dark web subject matter expert. A copy of SA Squire's curriculum vitae is attached.

  In addition to his role as a fact witness which is summarized in his report, SA Squire will testify regarding the dark web and how images of depicting children engaged in sexually explicit conduct appear on the dark web. He will testify regarding how individuals access the dark web as opposed to the "clearnet," or ordinary internet. He will explain the differences between the dark

1

web and the clearnet and explain the dark web's purpose, the way it operates, and difficulties that it poses for criminal investigations. He will testify that the internet is a global network of computers and other devices that are uniquely identified by internet protocol addresses, also known as "IP addresses." SA Squire will explain that when individuals commit crimes over the clearnet, law enforcement is frequently available to identify that person's IP address and then use that information to specifically identify an offender or a location where the offense took place. Clearnet websites that facilitate criminal activity are also identifiable through the IP address of the computer server hosting the website. On the other hand, SA Squire will explain that individuals and websites hosting criminal activity both use the dark web to facilitate anonymous communication over the internet and to make it more difficult to determine the identity and location of a computer user and server. Websites hosted on the dark web can interact with the clearnet.

SA Squire will explain that certain applications, including Telegram, are commonly used for interacting with the dark web; SA Squire will testify as to how these applications function. SA Squire will testify as to the marketplace on the dark web and the child pornography trade on the dark web. SA Squire will explain that both EXIF data and metadata can be analyzed on images found on the dark web and will explain what each of type of data is and can reveal about an image. He will further testify that in this case there was no original EXIF but that the Metadata CreateDate suggested that the files were created before April 7, 2020.

The government reserves the right to supplement this notice, particularly in response to the Defendant's Notice of Expert Witnesses if filed. Further, the government reserves the right to elicit any additional testimony from the above witness to the extent it addresses a defense asserted at trial.

Feel free to give me a call if you have any questions regarding this document or any disclosures.

Very truly yours,

Kelly O. Hayes
United States Attorney

By: _____

_____
Victoria Liu
Assistant United States Attorney

2

Pursuant to Rule 16(a)(1)(G)(v), I agree with the information disclosed by the United States Attorney's Office in this letter.  Further, I have reviewed the reports I prepared that were provided in discovery and approve those disclosures.


 /s/                                                                        3/23/2026
HSI Special Agent Greg Squire[1]                    Date

---

[1] SA Squire is unable to affix a signature due to international travel at this time but has reviewed and adopted this letter.