**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **CASE NO:    RDB-25-10** |
| **JOSE ADAN LOPEZ-GUEVARA,** | |
| **Defendant.** | |

**MOTION TO SEAL GOVERNMENT'S OPPOSITION TO DEFENDANT'S MOTION IN LIMINE TO ADMIT EVIDENCE OF AN ALTERNATIVE SUSPECT**

The United States of America, by counsel, hereby submits its motion to seal its opposition to defendant's motion in limine to admit evidence of an alternative suspect in the above-captioned matter.   The government's opposition includes sensitive information regarding minor victims in the case.

WHEREFORE, the United States respectfully requests that its opposition to defendant's motion in limine be placed under seal.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By:_____/s/_____
Paul E. Budlow
Victoria Liu
Assistant United States Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing will be sent by CM/ECF to counsel of record.


_____/s/_____
Paul E. Budlow
Victoria Liu
Assistant United States Attorneys