# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **United States of America** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No.  1:25-CR-10-RDB** |
| | : | |
| **Jose Lopez-Guevara** | : | |
| | : | |
| **Defendant** | : | |

## MOTION TO SEAL

Counsel for Jose Lopez-Guevara respectfully requests the Court to seal Mr. Lopez-Guevara's Response to the Government's Motion to Admit Evidence Pursuant to Rules 414, 404(b), and 401. The proposed sealed document references materials that were previously filed under seal. *See* ECF No. 98.

<div style="margin-left:50%">

Respectfully submitted,
James Wyda
Federal Public Defender
for the District of Maryland

___/s/_____
Francisco A. Carriedo (#816158)
Assistant Federal Public Defender
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland  21201
Phone: (410) 962-3962
Fax:  (410) 962-0872
Email: Francisco_Carriedo@fd.org

</div>

1

# CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2026, a copy of the foregoing was served via CM/ECF to the Government.

_____/s/_____
Francisco A. Carriedo