**IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **United States of America** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No.  1:25-CR-10-RDB** |
| | : | |
| **Jose Lopez-Guevara** | : | |
| | : | |
| **Defendant** | : | |

## MOTION FOR LEAVE TO FILE UNREDACTED DOCUMENT

The defendant, Jose Lopez-Guevara, by and through his attorneys, respectfully petitions this Court for leave to file an unredacted version of the Defendant's Reply to Government's Response (ECF No. 95) on Daubert Motion to Exclude Exemplars and Testimony of Hand Image Comparison, Identification Testimony of Dr. Michelle Chudow, and Gregory Squire's Proposed Expert Witness Testimony.  Undersigned counsels' motion contained references that could identify Mr. Lopez-Guevara's children.  It also contained specific information received in the government's discovery. That information is of benefit to the Court but serves no greater interest to the public.

WHEREFORE, Mr. Lopez-Guevara respectfully requests that the Court grant leave and allow the filing of said document under seal.

Respectfully submitted,
James Wyda
Federal Public Defender
for the District of Maryland


___/s/_____
Gabriel Reyes
Francisco A. Carriedo (#816158)

1

Assistant Federal Public Defenders
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax:  (410) 962-3976
Email: Gabriel_Reyes@fd.org
        Francisco_Carriedo@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2026, a copy of the foregoing was served via CM/ECF to the Government.

_____/s/_____
Gabriel Reyes