

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Victoria Liu*
*Assistant United States Attorney*
*Victoria.Liu@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4878*
*MAIN: 410-209-4800*
*FAX: 410-962-3091*

April 15, 2026

**By Email**

The Honorable Richard D. Bennett
United States District Judge
United States District Court for the District of Maryland
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

     Re:    *United States v. Jose Adan Lopez-Guevara,*
               Case No. RDB-25-010
               Additional Evidence

Dear Judge Bennett:

The government writes to notify the Court regarding the addition of Exhibits 1.14 through 1.21, pertaining to two newly discovered videos depicting Minor Victim 1. Exhibits 1.14 and 1.19 are the videos themselves and Exhibits 1.15, 1.16, 1.17, 1.18, 1.20, and 1.21 are still images that focus on the face of Minor Victim 1, the background of the videos, and the hands of the defendant.

These two videos were first brought to the government's attention this morning. When we arrived to the courthouse this morning, government counsel learned that HSI Special Agent Greg Squire (scheduled to testify tomorrow morning) was notified by an international law enforcement partner from Australia yesterday evening (April 14, 2026) that the investigator had observed two videos depicting the same defendant and same minor victim. (The investigator from Australia was with SA Squire in South America when the videos of Minor Victim 1 were first identified). This morning, government agents received a copy of the videos and viewed them for the first time.

The first video, Exhibit 1.14, depicts Minor Victim 1 on his stomach on a bed undressed except for his underwear. Minor Victim 1 turns to look at the camera, squints, and says in Spanish "telephone." Minor Victim 1 then turns back around away from the camera. The defendant's right hand then reaches out and caresses and squeezes Minor Victim 1's buttocks. A distinctive ring is visible on the defendant's ring finger. The second video, Exhibit 1.19, is approximately 8 seconds in duration, depicts Minor Victim 1 sitting on a sofa naked with his genitals exposed. At the end of the video, Minor Victim 1's leg is raised to expose his anus. Government's Exhibit 3.2, previously on the government's exhibit list, shows the defendant wearing the same ring that is

1

depicted in the recently discovered video.  Additionally, government exhibits 3.3, 3.4, and 6.1, already on the government's exhibit list, depict the bedding in the background of the videos.

This new evidence is highly probative of the defendant's identity as the person in the charges.  In addition, Minor Victim 1 appears to be quite young and depicted at a time well before the alleged alternative suspect.

The discovery of the videos along with sanitized screenshots were then relayed and given to defense counsel at the lunch break.  The government also provided defense counsel with screenshots of government's Exhibit 3.2 depicting the same distinctive ring on the defendant's hand in a photograph posted to Facebook.  In addition, the government has offered defense counsel the opportunity to view the videos, and at present the parties will meet before Court tomorrow to review the videos.

<div style="margin-left: 50%;">

Very truly yours,

Kelly O. Hayes
United States Attorney

By: _____
Victoria Liu
Paul E. Budlow
Assistant United States Attorneys

</div>

2