

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Paul E. Budlow*
*Assistant United States Attorney*
*Paul.Budlow@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4917*
*MAIN: 410-209-4800*
*FAX: 410-962-3091*

April 16, 2026

**<u>BY EMAIL</u>**

The Honorable Richard D. Bennett
United States District Judge
United States District Court for the District of Maryland
United States Courthouse
101 West Lombard Street
Baltimore, MD 21201

Re:     *United States v. Jose Adan Lopez-Guevara*, Crim. No. RDB-25-10

Dear Judge Bennett:

The government writes to provide the position of Minor Victim 1's mother, through her attorney, Allison Norris, regarding the subpoena to the Prince George's County Public Schools for Minor Victim 1's school records. Although Minor Victim 1's mother initially opposed the disclosure of the records, her position has changed after being notified of the option for an in camera review by the Court prior to any disclosure. Minor Victim 1's mother agrees to the disclosure of the records to the Court for in camera review.

This position has been conveyed to defense counsel, who has already asked for the records to be provided to chambers.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _____
Paul E. Budlow
Victoria Liu
Assistant United States Attorney

Cc:     All counsel (by ECF)