-ALEO
-LOGGED

ENTERED
RECEIVED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

APR 2 2 2026

ATfl
OL m. - D DISTRICT COURT
H H!IC:lll MLRYLAND

UNITED STATES OF AMERICA

v.

JOSE ADAN LOPEZ-GUEVARA,

Defendant.

*rst*    *DG*    OEPUT\'

Criminal No.   RDB-25-10

## GOVERNMENT'S EXHIBIT LIST

| EX# | DESCRIPTIO | WITNESS | II) | ADMIT |
|------|------------|---------|------|-------|
| **1. Dark Web Video & Stills** | | | | |
| 1.1 | Dark Web Video "... 19_251.mp4" (Count 1) **[COUNT 1] {*** CSAM ***]** | | 4.16.26 | 4.16.26 |
| 1.2 | Still image from I. I **{COUNT 1] {*** CSAM ***/** | | 4. I6.26 | 4.16.26 |
| 1.2. 1 | Redacted version of 12 | | 4.16.26 | 4.16.26 |
| | | | | |
| 1.3 | Dark Web video   ... e712-V.mp4 (Count 2) **{COUNT 2] {*** CSAM ***/** | | 4. I6.26 | 4.16.26 |
| 1.4 | Stills from 13 **[COUNT 2/ [*** CSAM ***/** | | 4.16.26 | 4. I6.26 |
| 1.4.1 | Redacted version of 1.4 | | 4.16.26 | 4.16.26 |
| | | | | |
| 1.5 | **Dark Web video ...** I Ie314.mp4 (Count 2) **{COUNT 2/ [*** CSAM ***}** | | 4.16.26 | 4. I6.26 |
| 1.6 | Stills (2) from 1.5 **[COUNT 2/ {*** CSAM ***/** | | 4. I6.26 | 4.16.26 |
| 1.6.1 | Redacted version of 1.6 | | 4.16.26 | 4.16.26 |
| | | | | |
| 1.7 | Dark Web video '... 02-10-48.mp4) (Count 2) **[COUNT 2/ [*** CSAM ***}** | | 4.16.26 | 4.16.26 |
| 1.8 | Stills (2) from 1.7 **/COUNT 2/ /*** CSAM ***}** | | 4.16.26 | 4.16.26 |
| 1.8. 1 | Redacted version of 1.8 | | 4.16.26 | 4.16.26 |
| | | | | |

| EX# | DESCRIPTl01' | WIT ESS | ID | ADMIT |
|---|---|---|---|---|
| 1.9 | Dark Web video "...bc9473.mp4) (Count 4) */COUNT 4/* /*** CSAM ***/* | | 4.16.26 | 4.16.26 |
| 1.10 | Stills (2) from 1.9 */COUNT 4/* /*** CSAM ***/* | | 4.16.26 | 4. I6.26 |
| 1.10.1 | Redacted version of 1.10 | | 4.16.26 | 4.16.26 |
| | | | | |
| 1.11 | 2 stills (of faces from 1.1 and 1.3) | | 4.16.26 | 4.16.26 |
| 1.12 | 3 stills from (from Count 2 and 1.9) Cropped images of 3 Dark Web photos (bedding, blanket, hand)) | | 4.16.26 | 4.16.26 |
| 1.13 | File List - Squire Files | | 4.16.26 | 4.16.26 |
| | | | | |
| 1.14 | Dark Web Video "... 7399.mp4" /*** CSAM ***/* | | APR 2 1 2026 | APR 2 1 2026 |
| 1.15 | Still image from 1.14 (face) /*** CSAM ***/* | | APR 2 1 2026 | APR 2 1 2026 |
| 1.16 | Still image from 1.14 (paisley bedding) /*** CSAM ***/* | | APR 1 1 2026 | APR 2 1 2026 |
| 1.17 | Still image from 1.14 (ring) /*** CSAM ***/* | | APR 2 1 2026 | APR 2 1 2026 |
| 1.18 | Still image from 1.14 (ring) /*** CSAM ***/* | | APR 2 1 2G26 | APR 21 2026 |
| 1.19 | Dark Web video "lcle.mp4" /*** CSAM ***) | | APR 1 1 2026 | APR 2 1 21?6 |
| 1.20 | Still image from 1.20 (face) /*** CSAM ***/* | | APR 21 2026 | APR 2 1 2026 |
| 1.21 | Still image from 1.20 /*** CSAM ***/* | | APK'2 1 2026 | APR 2 1 2026 |
| **2_0pen Source Facebook Exhibits Squire (Squire)** | | | | |
| 2.1 | Facebook images (15) Open Source images | | 4.16.26. | 4.16.26 |
| **3_ Facebook Exhibits (DiAntonio)** | | | | |
| 3.1 | Facebook Subscriber Record: (account Adam Lopez, joselopezjoselopez70@gmail, 2408373364,4439782809,3017010260) | | 4.16.26 | 4.16.26 |
| 3.2 | Images from Adam Lopez Facebook Account | | 4.16.26 | 4.16.26 |
| 3.3 | Images from Alejandar Erazo Facebook Account | | 4.16.26 | 4.16.26 |

| EX # | l>ES('RI PTI<>N | \\'ITNESS | ID | Al>\IIT |
|---|---|---|---|---|
| 3.4 | Images from Catrachita Erazo Facebook Account | | 4.16.26 | 4.16.26 |
| 3.5 | Images from Mary Erazo Facebook Account | | 4.16.26 | 4.16.26 |
| **4_Photos** | | | | |
| 4.1 | Photos of Southwest Academy Middle School | | 4.16.26 | 4.16.26 |
| **5_Intentionally Blank** | | | | |
| | | | | |
| **6_House Search Warrant Exhibits** | | | | |
| 6.1 | Photos (16) from Search of house, page:<br>I. DSCN 1741 front of house<br>2. DSCNl 744 Living room<br>3. 1868 dining room<br>4. DSCNl 764 Room G sign<br>5. DSCN 1765 Green blanket on bed<br>6. DSCN 1766 green blanket on bed<br>7. DSCN 1895 (floral pillow)<br>8. DSCN 1768 (bottom of closet<br>9. DSCN 1769 (closet with green pattern blanket)<br>10. DSCN 1782 (shorts)<br>11. DSCN 1794 (shorts)<br>12. DSCN 1795 (shorts)<br>13. DSCN 1799 (shorts)<br>14. DSCN 1801 (bucket outside)<br>15. DSCN 1841 (blanket & bucket)<br>16. DSCN 1842 (blanket) | | 4.16.26 | 4.16.26 |
| 6.2 | Floral blanket (bedding) | | 4.16.26 | 4.16.26 |
| 6.3 | Floral Pillow | | 4.16.26 | 4.16.26 |
| 6.4 | Green Blanket | | 4.16.26 | 4.16.26 |
| 6.5 | Pillow Case | | 4.16.26 | 4.16.26 |
| **7_Photos of Lopez-Guevara's Hands & Genitals** | | | | |
| 7.1 | Photos (26) of Lopez-Guevara hands | | 4.20.26 | 4.20.26 |
| 7.2 | Photos (8) of Lopez-Guevara's genitals<br>*[Explicit, but not CSAM]* | | 4.16.26 | 4.16.26 |
| **8_Vehicle Search E:xbibits** | | | | |
| 8.1 | Photos of search of Equinox (7) vehicle (vehicle, rear, phone in door, phone on floor, registration, ins. card) | | 4.16.26 | 4.16.26 |
| 8.2 | Samsung SM-S908UI, red case (LI003) | | 4.16.26 | 4.16.26 |

| EX# | DESCRIPTION | WITNESS | 1D | ADMIT |
|---|---|---|---|---|
| 8.3 | Photos of LI003 in packaging | | 4.16.26 | 4.16.26 |
| 8.4 | Samsung Galaxy S9+, black case (LI004) | | 4.16.26 | 4.16.26 |
| 8.5 | Photos of LI004 in packaging | | 4.16.26 | 4.16.26 |
| 8.6 | Video before search | | 4.16.26 | 4.16.26 |
| 8.7 | Video after search | | 4.16.26 | 4.16.26 |
| 8.8 | Allstate Documents | | 4.16.26 | 4.16.26 |
| **9_ Samsung SM-S908ID Exhibits (LI0003)** | | | | |
| 9.1 | Preliminary Device Report for 8.2 (LI003) | | 4.16.26 | 4.16.26 |
| 9.2 | User Accounts for 8.2 (LI003) | | 4.16.26 | 4.16.26 |
| 9.3 | Installed Applications for 8.2 (LI003) | | 4.16.26 | 4.16.26 |
| 9.4 | Autofill Report for 8.2 (Ll003) | | 4.16.26 | 4.16.26 |
| 9.5 | Downloads Report for 8.2 (LI003) | | 4.16.26 | 4.16.26 |
| 9.6 | User Dictionary for 8.2 (Ll003) | | 4.16.26 | 4.16.26 |
| 9.7 | Searched Items for 8.2 (LI003) | | 4.16.26 | 4.16.26 |
| 9.8 | Web History for 8.2 (LI003) | | 4.16.26 | 4.16.26 |
| 9.9 | Cellebrite of 8.2 *[JD only]* | | 4.16.26 | |
| **10_ Phone #x Exhibits (Samsung Galaxy S9+, black case, LI004)** | | | | |
| 10.1 | Preliminary Device Report for 8.4 (LI004) | | 4.16.26 | 4.16.26 |
| 10.2 | User Accounts for 8.4 (LI004) | | 4.16.26 | 4.16.26 |
| 10.3 | Installed Applications for 8.4 (LI004) | | 4.16.26 | 4.16.26 |
| 10.4 | Autofill Report for 8.4 (LI004) | | 4.16.26 | 4.16.26 |
| 10.5 | Downloads for 8.4 (LI004) | | 4.16.26 | 4.16.26 |
| 10.6 | User Dictionary for 8.4 (LI004) | | 4.16.26 | 4.16.26 |
| 10.7 | Searched Items for 8.4 (LI004) | | 4.16.26 | 4.16.26 |
| 10.8 | Web History for 8.4 (LI004) | | 4.16.26 | 4.16.26 |
| 10.9 | Bank of America Statement April 2023 | | 4.16.26 | 4.16.26 |
| 10.10 | Bank of America Statement August 2024 | | 4.16.26 | 4.16.26 |
| 10.11 | Allstate Car Insurance September 2023 | | 4.16.26 | 4.16.26 |

| EX# | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 10.12 | Contractor Requisition 2024 | | 4.16.26 | 4.16.26 |
| 10.13 | Maryland EZPass Statement October 2024 | | 4.16.26 | 4.16.26 |
| 10.14 | M. Erazo Payment August 2023 | | 4.16.26 | 4.16.26 |
| 10.15 | Allstate Renters Insurance October 2024 | | 4.16.26 | 4.16.26 |
| 10.16 | Renters Insurance May 2023 | | 4.16.26 | 4.16.26 |
| 10.17 | January 2024 Work Order | | 4.16.26 | 4.16.26 |
| 10.18 | Cellebrite of 8.4 *[ID only]* | | 4.16.26 | |
| **ll_File List with File Name, Path, Metadata** | | | | |
| 11.1 | File List with File Name, Path, Metadata | | 4.16.26 | 4.16.26 |
| 11.2 | File List with File Name, Path, Metadata (CSAM files) | | 4.16.26 | 4.16.26 |
| **12_Images Shown to Witnesses on December 12, 2024** | | | | |
| 12.1 | Photos (5) of MV1 shown to Maria Erazo during 12/7/24 interview/*** *CSAM* ***/ | | 4.17.26 | 4.17.26 |
| 12.2 | Photograph | | 4.17.26 | 4.17.26 |
| 12.3 | Photograph | | 4.17.26 | 4.17.26 |
| 12.4 | Photograph | | 4.17.26 | 4.17.26 |
| 12.5 | Photograph | | 4.17.26 | 4.17.26 |
| 12.6 | Photograph | | 4.17.26 | 4.17.26 |
| **13_Bedd.ing, etc. from Erazon 10.16.25** | | | | |
| 13.1 | Photographs from inside residence | | 4.17.26 | 4.17.26 |
| 13.2 | Green and white patterned blanket | | 4.17.26 | 4.17.26 |
| 13.3 | 2 White sheets with grey flower pattern | | 4.17.26 | 4.17.26 |
| 13.4 | Blue/teal curtain | | 4.17.26 | 4.17.26 |
| **14_Photos of Lopez-Guevara's Hands December 4, 2025** | | | | |
| 14.1 | Photo from second search of Lopez-Guevara's hands | | 4.17.26 | 4.17.26 |
| 14.2 | Photo from second search of Lopez-Guevara's hands | | 4.17.26 | 4.17.26 |
| 14.3 | Photo from second search of Lopez-Guevara's hands | | 4.17.26 | 4.17.26 |
| 14.4 | Rotated and lightened 14.1 | | 4.17.26 | 4.17.26 |

| E:\ # | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 14.5 | Rotated and lightened 14.2 | | 4.17.26 | 4.17.26 |
| 14.6 | Rotated and lightened 14.3 | | 4.17.26 | 4.17.26 |
| **15_Exhibits from #9 Samsung SM (LI003)** | | | | |
| 15.1 | Photos (22) of documents, identifications, and selfies (2 photos of Lopez-Guevara holding phones) | | 4.17.26 | 4.17.26 |
| 15.2 | Family photos (25) | | 4.17.26 | 4.17.26 |
| 15.3 | *Intentionally blank* | | | |
| 15.4 | Video of masturbating male | | 4.17.26 | 4.17.26 |
| 15.5 | 2 still images of video 15.4 | | 4.17.26 | 4.17.26 |
| 15.6 | Images (3) of Lopez-Guevara | | 4.17.26 | 4.17.26 |
| **16_ Exhibits from #9 Samsung Galaxy S9+ (LI004)** | | | | |
| | Count 3, 1 image file | | | |
| 16.1 | Image file, '·989485.0" **COUNT 3 f\*\*\*CSAM\*\*\*/** | | 4.17.26 | 4.17.26 |
| | COUNT 5, 5 Image Files | | | |
| 16.2 | Image file," .. .434742.0" **COUNTS f\*\*\*CSAM\*\*\*/** | | 4.17.26 | 4.17.26 |
| 16.3 | Image file,··... 892424.0" **COUNTS f\*\*\*CSAM\*\*\*J** | | 4.17.26 | 4.17.26 |
| 16.3.1 | Redacted 16.3 | | 4.17.26 | 4.17.26 |
| | Count 7, 5 image files | | | |
| 16.4 | Image file **COUNT 7 f\*\*\*CSAM\*\*\*/** | | 4.17.26 | 4.17.26 |
| 16.5 | Image file **COUNT 7 f\*\*\*CSAM\*\*\*/** | | 4.17.26 | 4.17.26 |
| 16.5.1 | Redacted 16.5 | | 4.17.26 | 4.17.26 |
| 16.6 | Image file **COUNT 7 f\*\*\*CSAM\*\*\*J** | | 4.17.26 | 4.17.26 |
| 16.7 | Image file **COUNT 7 [\*\*\*CSAM\*\*\*/** | | 4.17.26 | 4. 17.26 |
| 16.8 | Image file **COUNT 7 [\*\*\*CSAM\*\*\*J** | | 4.17.26 | 4.17.26 |
| | Count 8, 3 image files | | | |
| 16.9 | Image file **COUNT 8 [\*\*\*CSAM\*\*\*J** | | 4.17.26 | 4.17.26 |
| 16.9.1 | Redacted 16.9 | | 4.17.26 | 4.17.26 |
| 16.10 | Image file **COUNT 8 [\*\*\*CSAM\*\*\*/** | | 4.17.26 | 4.17.26 |

| EX# | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 16.11 | Image file **COUNT 8 /*\*\*CSAM\*\*\*J** | | 4.17.26 | 4.17.26 |
| 16.1 1.1 | Redacted 16.11 | | 4.17.26 | 4.17.26 |
| | Count 9, 10 image files | | | |
| 16.12 | Image file **COUNT 9 {\*\*\*CSAM\*\*\*J** | | 4.17.26 | 4.17.26 |
| 16.13 | Image file **COUNT 9 /*\*\*CSAM\*\*\*J** | | 4.17.26 | 4.17.26 |
| 16.14 | Image file **COUNT 9 {\*\*\*CSAM\*\*\*/** | | 4.17.26 | 4.17.26 |
| 16.14.1 | Redacted 16.14 | | 4.17.26 | 4.17.26 |
| 16.15 | Image file **COUNT 9 /\*\*\*CSAM\*\*\*f** | | 4.17.26 | 4.17.26 |
| 16.16 | Image file **COUNT 9 /*\*\*CSAM\*\*\*J** | | 4.17.26 | 4.17.26 |
| 16.17 | Image file **COUNT 9 /*\*\*CSAM\*\*\*J** | | 4.17.26 | 4.17.26 |
| •16.18 | Image file **COUNT 9 {\*\*\*CSAM\*\*\*/** | | 4.17.26 | 4.17.26 |
| 16.18.1 | Redacted 16.18 | | 4.17.26 | 4.17.26 |
| 16.19 | Image file **COUNT 9 /*\*\*CSAM\*\*\*J** | | 4.17.26 | 4.17.26 |
| 16.20 | Image file **COUNT 9 {\*\*\*CSAM\*\*\*J** | | 4.17.26 | 4.17.26 |
| 16.21 | Image file **COUNT 9 {\*\*\*CSAM\*\*\*J** | | 4.17.26 | 4.17.26 |
| | Count 10, 4 image files | | | |
| 16.22 | Image file **COUNT 10 f\*\*\*CSAM\*\*\*J** | | 4.17.26 | 4.17.26 |
| 16.22.] | Redacted 16.22 | | 4.17.26 | 4.17.26 |
| 16.23 | Image file **COUNT 10 /\*\*\*CSAM\*\*\*/** | | 4.17.26 | 4.17.26 |
| 16.24 | Image file **COUNT 10 [\*\*\*CSAM\*\*\*J** | | 4.17.26 | 4.17.26 |
| 16.24.1 | Redacted 16.24 | | 4.17.26 | 4.17.26 |
| 16.25 | Image file **COUNT 10 f\*\*\*CSAM\*\*\*J** | | 4.17.26 | 4.17.26 |
| | Count 11, 3 image files | | | |
| 16.26 | Image file **COUNT 11 /\*\*\*CSAM\*\*\*J** | | 4.17.26 | 4.17.26 |
| 16.27 | Image file **COUNT 11 {\*\*\*CSAM\*\*\*J** | | 4.17.26 | 4.17.26 |
| 16.28 | Image file **COUNT 11 /\*\*\*CSAM\*\*\*/** | | 4.17.26 | 4.17.26 |
| 16.28.1 | Redacted 16.28 | | 4.17.26 | 4.17.26 |
| | Count 12, 4 image files | | | |

| EX# | DES('RI PTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| 16.29 | Image file **COUNT 12** *[***CSAM***]* | | 4.17.26 | 4.17.26 |
| 16.30 | Image file **COUNT 12** *[***CSAM***J* | | 4.17.26 | 4.17.26 |
| 16.31 | Image file **COUNT 12** *f***CSAM***J* | | 4.17.26 | 4.17.26 |
| 16.32 | Image file **COUNT 12** *f***CSAM***J* | | 4.17.26 | 4.17.26 |
| | Count 13, 4 image files | | | |
| 16.33 | Image file **COUNT 13** *f***CSAM***J* | | 4.17.26 | 4.17.26 |
| 16.33.1 | Redacted 16.33 | | 4.17.26 | 4.17.26 |
| 16.34 | Image file **COUNT 13** *f***CSAM***J* | | 4.17.26 | 4.17.26 |
| 16.35 | Image file **COUNT 13** *f***CSAM***]* | | 4.17.26 | 4.17.26 |
| 16.36 | Image file **COUNT 13** *f***CSAM***]* | | 4.17.26 | 4.17.26 |
| | Count 14, 2 image files | | | |
| 16.37 | Image file **COUNT 14** *[***CSAM***J* | | 4.17.26 | 4.17.26 |
| 16.37.1 | Redacted 16.37 | | 4.17.26 | 4.17.26 |
| 16.38 | Image file **COUNT 14** *f***CSAM***J* | | 4.17.26 | 4.17.26 |
| 16.38.1 | Lightened 16.38.1 **COUNT 14** *f***CSAM***J* | | 4.17.26 | 4.17.26 |
| | Count 15, 3 image files | | | |
| 16.39 | Image file **COUNT 15** *f***CSAM***j* | | 4.17.26 | 4.17.26 |
| 16.40 | Image file **COUNT 15** *f***CSAM***J* | | 4.17.26 | 4.17.26 |
| 16.41 | Image file **COUNT 15** *f***CSAM***J* | | 4.17.26 | 4.17.26 |
| 16.41.1 | Redacted 16.41 | | 4.17.26 | 4.17.26 |
| | | | | |
| 16.42 | *Intentionally blank* | | | |
| | | | | |
| 16.43 | Image file (MV3 in shower) *f***CSAM***J* | | 4.17.26 | 4.17.26 |
| 16.43.1 | Redacted 16.43 | | 4.17.26 | 4.17.26 |
| | | | | |
| 16.44 | Photos (19) of documents, identifications | | 4.17.26 | 4.17.26 |
| 16.45 | Family photos (43) | | 4.17.26 | 4.17.26 |

8

| EX# | DESCRIPTION | WITNESS | II▷ | ADMIT |
|---|---|---|---|---|
| | | | | |
| | *16.46-16.49 intentionally blank* | | | |
| | | | | |
| 16.50 | Blue green boxers photos from LI004 (Count 5) | | 4.17.26 | 4.17.26 |
| 16.51 | 8 sofa photos from LI004 (Count 7) | | 4.17.26 | 4.17.26 |
| 16.52 | 4 Bathroom photos from LI004 (Count 8 & Count 13) | | 4.17.26 | 4.17.26 |
| 16.53 | 10 construction site photos from LI004 (Count 9 & 5) | | 4.17.26 | 4.17.26 |
| 16.54 | Red boxer photos (2) from LI004 (Count 10, 12, 14) | | 4.17.26 | 4.17.26 |
| 16.55 | Green &white blanket photos (2) from LI004 (Counts 12 & 15) | | 4.17.26 | 4.17.26 |
| 16.56 | Photo of MV 1 in boxer briefs | | 4.17.26 | 4.17.26 |
| 16.57 | *Intentionally blank* | | | |
| 16.58 | *Intentionally blank* | | | |
| 16.59 | *intentionally blank* | | | |
| 16.60 | *Intentionally blank* | | | |
| 16.61 | *Intentionally blank* | | | |
| 16.62 | *Intentionally blank* | | | |
| 16.63 | Cellebrite Extraction Report (692 Images from 11.2) *{*** CSAM ***]* | | *Lf,11,u* | 4.17.26 |
| **17_ Intentionally Blank** | | | | |
| | | | | |
| **18_Intentionally Blank** | | | | |
| | | | | |
| **19_ Intentionally Blank** | | | | |
| | | | | |
| **20_Cbudow Exhibits** | | | | |
| 20.1 | CV *[id only]* | | | |
| 20.2-20.6 | Sexual Assault Exam Reports for Jose, Sofia, Zoe, Noah, Email *[ID Only]* | | 4.20.26 | |

| F,\'. # | DESCRIPTION | WITNESS | II▷ | ADMIT |
|---|---|---|---|---|
| 20.7 | Photo of Minor Victim 2 buttocks area from 2/19/25 *f\*\*\*CSAM\*\*\*j* | | 4.20.26 | 4.20.26 |
| 20.8 | Photo of Minor Victim 2 face from 2/19/25 | | 4.20.26 | 4.20.26 |
| 20.9 | Photo of Minor Victim 3 genitals from 2/19/25 *[\*\*\*CSAM\*\*\*J* | | 4.20.26 | 4.20.26 |
| 20.10 | Photo of Minor Victim 3 face from 2/19/25 | | 4.20.26 | 4.20.26 |
| 20.11 | Photo of Minor Victim 1's back from 2/19/25 | | 4.20.26 | 4.20.26 |
| 20.12 | Photo of Minor Victim 1's face from 2/19/25 | | 4.20.26 | 4.20.26 |
| **Business Records:** | | | | |
| **21 _T-Mobile/Phones** | | | | |
| 21.1 | T-Mobile Subscriber Record - 443-978-2809, JOSE LOPEZ GUEVARA, 9106 ELAINE CT APT X 1, LAUREL, MD 20708 USA | | 4.17.26 | 4.17.26 |
| 21.2 | T-Mobile Subscriber Record - 240-917-5837, JOSE LOPEZ GUEVARA, 9106 ELAINE CT APT X 1, LAUREL, MD 20708 USA | | 4.17.26 | 4.17.26 |
| 21.3 | Phone Subscriber Record for 1-240-837-3364 | | 4.17.26 | 4.17.26 |
| **22_Google** | | | | |
| 22.1 | Google Subscriber Record: joselopezjoselopez70@gmail Name: Joselopez Joselopez, Recovery SMS: 2408373364 | | 4.17.26 | 4.17.26 |
| 22.2 | Google Subscriber Record:· jl8952728@gmail, Jefferson LOPES, recovery SMS phone number of+14439782809 | | 4.17.26 | 4.17.26 |
| **23_April 5, *2026* Images Shown During Forensic Interview of MVI** | | | | |
| 23.1 | Folder of images (8) shown to MV1 4/5/26 *[\*\*\*CSAM\*\*\*J* | | 4.20.26 | 4.20.26 |
| 23.2 | 16.2 shown to MV 1 4/5/26 *f\*\*\*CSAM\*\*\*J* | | 4.20.26 | 4.20.26 |
| 23.3 | 16.5 shown to MV 1 4/5/26 *[\*\*\*CSAM\*\*\*J* | | 4.20.26 | 4.20.26 |
| 23.4 | 16.12 shown to MVI 4/5/26 *f \*\*\*CSAM\*\*\*J* | | 4.20.26 | 4.20.26 |
| 23.5 | 16.17 shown to MV 1 4/5/26 | | 4.20.26 | 4.20.26 |

| EX# | DESCRIPTION | WITNESS | ID | ADMIT |
|---|---|---|---|---|
| | *[***CSAM***J* | | | |
| 23.6 | 16.11 shown to MV1 4/5/26 *[***CSAM***J* | | 4.20.26 | 4.20.26 |
| 23.7 | 16.35 shown to MV 1 4/5/26 *[***CSAM***J* | | 4.20.26 | 4.20.26 |
| 23.8 | 1.1 shown to MV 1 4/5/26 *f***CSAM***J* | | 4.20.26 | 4.20.26 |
| 23.9 | 13 shown to MV 1 4/5/26 *[***CSAM***J* | | 4.20.26 | 4.20.26 |
| 24' | Report Re Roman | | ID ONLY | |
| 25 | Photos from Romans Phone | | AP 2 n 2026 | APR 7 n 2026 |
| 26 | Photos from Tiktok | | | |
| 27 | Photograph | | 4.20.26 | 4.20.26 |
| i | Oec.l-e,c-.,h | | A R 2 1 2026 | APR 2 1 2026 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |