FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

APR 2 2 2026

AT _____
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ D L _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA          *

vs.                               *

Jose Adan Lopez-Guevara           *       Criminal No: 1:25-CR-00010-RDB

                                  *

*       *       *       *       *       *       *       *       *       *       *       *       *       *

## DEFENDANT'S TRIAL EXHIBIT LIST

| Exhibit | Description | Identified | Admitted |
|---|---|---|---|
| 1a | LI002 – Cellebrite Preliminary Device Report | | |
| 1b | LI003 - Cellebrite Preliminary Device Report | | |
| 1c | LI004 - Cellebrite Preliminary Device Report | APR 1 6 2026 | APR 1 6 2026 |
| 1d | LI005 - Cellebrite Preliminary Device Report | | |
| 1e | LI006 - Cellebrite Preliminary Device Report | | |
| 2a | Darknet Video Screenshot | | |
| 2b | Darknet Video Screenshot | | |
| 2c | Darknet Video Screenshot | | |
| 2d | Darknet Video Screenshot | | |
| 3a | 12-12-2024 Photo - Vehicle | | |
| 3b | 12-12-2024 Photo - Vehicle | | |
| 3c | 12-12-2024 Photo - Vehicle | | |
| 3d | 12-12-2024 Photo - Vehicle | | |
| 3e | 12-12-2024 Photo - Vehicle | | |
| 3f | 12-12-2024 Video 1 - Vehicle | | |
| 3g | 12-12-2024 Video 2 - Vehicle | | |
| 3h | 12-12-2024 Video 3 - Vehicle | | |
| 4a | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4b | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4c | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4d | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4e | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4f | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4g | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4h | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4i | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4j | 12-12-2024 Photo - Jose Lopez-Guevara | | |

1

| Exhibit | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 4k | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4l | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4m | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4n | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4o | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4p | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4q | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4r | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4s | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4t | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4u | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4v | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4w | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4x | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4y | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4z | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4aa | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4bb | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4cc | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4dd | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4ee | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4ff | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4gg | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4hh | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 4ii | 12-12-2024 Photo - Jose Lopez-Guevara | | |
| 5a | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 1 7 2026 | APR 1 7 2026 |
| 5b | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 1 7 2026 | APR 1 7 2026 |
| 5c | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 1 7 2026 | APR 1 7 2026 |
| 5d | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 1 7 2026 | APR 1 7 2026 |
| 5e | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 1 7 2026 | APR 1 7 2026 |
| 5f | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 1 7 2026 | APR 1 7 2026 |
| 5g | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 1 7 2026 | APR 1 7 2026 |
| 5h | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 1 7 2026 | APR 1 7 2026 |
| 5i | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 1 7 2026 | APR 1 7 2026 |
| 5j | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 1 7 2026 | APR 1 7 2026 |
| 5k | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 1 7 2026 | APR 1 7 2026 |
| 5l | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 1 7 2026 | APR 1 7 2026 |
| 5m | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 1 7 2026 | APR 1 7 2026 |
| 5n | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 1 7 2026 | APR 1 7 2026 |
| 5o | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 1 7 2026 | APR 1 7 2026 |
| 5p | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 1 7 2026 | APR 1 7 2026 |
| 5q | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 1 7 2026 | APR 1 7 2026 |
| 5r | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 1 7 2026 | APR 1 7 2026 |
| 5s | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 1 7 2026 | APR 1 7 2026 |

| Exhibit | Description | Identified | Admitted |
|---------|-------------|------------|----------|
| 5t | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5u | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5v | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5w | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5x | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5y | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5z | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5aa | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5bb | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5cc | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5dd | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5ee | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5ff | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5gg | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5hh | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5ii | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5jj | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5kk | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5ll | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5mm | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5nn | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5oo | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5pp | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5qq | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5rr | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5ss | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5tt | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5uu | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5vv | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 5ww | 12-4-2025 Photo - Jose Lopez-Guevara Hand | APR 17 2026 | APR 17 2026 |
| 6 | *Intentionally left blank* | | |
| 7 | Judgement of Conviction and Stipulation of Facts | APR 16 2026 | APR 16 2026 |
| 8 | *Intentionally left blank* | | |
| 9 | JLE Deferred Action Letter 3-9-26 | APR 21 2026 | APR 21 2026 |
| 10 | JLE Deferred Action Letter 3-17-25 | APR 21 2026 | APR 21 2026 |
| 11 | Screenshot of JLE Interview 2-12-24 | APR 20 2026 | APR 20 2026 |
| 12 | Screenshots of JLE Interview at School 12-12-24 | APR 20 2026 | APR 20 2026 |
| 13 | Screenshots of JLE Interview CAC 2-5-25 | APR 20 2026 | APR 20 2026 |
| 14 | Screenshots of JLE Interview CAC 4-5-26 | | |
| 15 | Screenshot of SLE Interview 2-12-24 | APR 17 2026 | APR 17 2026 |
| 16 | Screenshot of SLE Interview CAC 2-5-25 | APR 17 2026 | APR 17 2026 |
| 17 | Screenshots of SLE Interview CAC 4-5-26 | | |
| 18 | *Intentionally left blank* | | |
| 19 | Maria Erazo Deferred Action Letter 3-9-26 | APR 21 2026 | APR 21 2026 |

| Exhibit | Description | Identified | Admitted |
|---|---|---|---|
| 20 | Maria Erazo Deferred Action Letter 3-17-25 | APR 2 1 2026 | APR 2 1 2026 |
| 21 | Photograph from Josue Roman's phone | APR 17 2026 | APR 17 2026 |
| 22 | Photograph from Josue Roman's phone | APR 1 7 2026 | APR 17 2026 |
| 23 | Photograph from Josue Roman's phone | APR 1 7 2026 | APR 17 2026 |
| 24 | Photograph from Josue Roman's phone | APR 17 2026 | APR 1 7 2026 |
| 25 | Photograph from Josue Roman's phone | APR 1 7 2026 | APR 17 2026 |
| 26 | Photograph from Josue Roman's phone | | |
| 27 | Photograph from Josue Roman's phone | APR 17 2026 | APR 17 2026 |
| 28 | Photograph from Josue Roman's phone | APR 17 2026 | APR 17 2026 |
| 29 | Video from Josue Roman's phone | APR 17 2026 | APR 17 2026 |
| 29a | Transcript of Video from Josue Roman's phone | APR 17 2026 | |
| 30 | Stipulation of Facts | | |
| 31 | Stipulation of Facts 2 | | |
| 32 | Google Maps Image | APR 1 6 2026 | APR 1 6 2026 |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA            *

vs.                                 *

Jose Adan Lopez-Guevara             *        Criminal No: 1:25-CR-00010-RDB

                                    *

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**DEFENSE EXHIBIT LIST**

**IDENTIFICATION ONLY**

| Exhibit | Description | Identified | Admitted |
|---|---|---|---|
| **100** | **Special Agent Torg** | | |
| 101 | SW Application 12-12-2024 | | |
| 102 | SW Application for More Hand Photos 12-1-2025 | | |
| 103 | ROI re JLE Interview 12-12-2024 | | |
| 104 | ROI re Maria Erazo Interview 12-12-2024 | | |
| 105 | Review of Forensic Digital Evidence | | |
| 106 | ROI re Maria Erazo Meeting 10-16-2025 | | |
| 107 | LI0004 Emails | Torg 4/17 | |
| 108 | Form I-213 for Josue Roman | | |
| | | | |
| **200** | **Lee Burns** | | |
| 201 | Lee Burns Forensic Analysis Report | | |
| 202 | Lee Burns Disclosure 1 | | |
| 203 | Lee Burns Disclosure 2 | | |
| 204 | Lee Burns CV | | |
| 205 | Prior Disciplinary Actions | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **300** | **Maria Erazo** | | |
| 301 | Maria Erazo Interview at School | Maria 4/21 | |
| 302 | Images Shown to Maria Erazo During Interview at School | | |
| 303 | Image of Hand Shown to Maria Erazo | | |

1

| Exhibit | Description | Identified | Admitted |
|---|---|---|---|
| 304 | Images Shown to Maria Erazo on 10-16-2025 | | |
| 305 | Maria Erazo U Visa Part 1 | | |
| 306 | Maria Erazo U Visa Part 2 | | |
| 307 | Maria Erazo Meeting with Agents 3-24-2026 | | |
| 308 | Maria Erazo Meeting with Agents 4-3-2026 | | |
| 309 | New Images Shown to Maria Erazo 4-8-2026 | | |
| 310 | Maria Erazo Interview 1/18/2024 | Maria 4/21 | |
| | | | |
| **400** | **Jose Lopez (Son)** | | |
| 401 | JLE Interview 2-12-2024 | Jose 4/20 | |
| 402 | JLE Interview 12-12-2024 | Jose 4/20 | |
| 403 | JLE CAC Interview 2-5-2025 | | |
| 404 | JLE CAC Interview 4-6-2026 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **500** | **Sofia Lopez (Daughter)** | | |
| 501 | SLE Interview 2-12-2024 | | |
| 502 | SLE CAC Interview 2-5-2025 | Sofia 4/17 | |
| 503 | SLS CAC Interview 4-6-2025 | | |
| | | | |
| **600** | **Michelle Chudow** | | |
| 601 | Disclosure #25 Expert Disclosure Addendum (Chudow Testimony) | | |
| 602 | Disclosure #16 (Chudow Testimony) | | |
| 603 | L-E sibling case review for Homeland Security on letterhead | | |
| 604 | MChudow CV 11-5-2025 | | |
| 605 | Booker 12-06-23 Chudow testimony only | | |
| 606 | JLE 2-19-2025 (Jose Adan) | | |
| 607 | SLE 2-19-2025 (Sofia) | | |
| 608 | ZLE 2-19-2025 (Zoe) | | |
| 609 | NLE 2-19-2025 (Noah) | | |
| 610 | ELE 2-19-2025 (Emily) | | |
| 611 | Center For Hope Business Recs Cert | | |
| | | | |
| **700** | **Detective Calle-Seaton** | | |
| 701 | Baltimore County Police Report | DiAntonio 4/16 | |
| 702 | Josue Roman Statement of Charges | | |
| 703 | Roman Cell Phone Extraction Report | | |
| 704 | Calle-Seaton Motions Hearing Testimony 2-9-26 | | |

2

| Exhibit | Description | Identified | Admitted |
|---|---|---|---|
| 705 | Calle-Seaton Motions Hearing Testimony 2-9-26 (SEALED) | | |
| | | | |
| | | | |
| | | | |
| **800** | **DiAntonio** | | |
| 801 | ROI Information Received from HSI Portland | | |
| 802 | ROI Re Josue Roman Investigation | | |
| 803 | Texts DD and EE | | |
| 804 | Texts DD and GS | | |
| 805 | Texts DD and JCS | | |
| 806 | DD email re transient traffic | | |
| 807 | DD email re interview with mom on 2-5-2025 | | |
| | | | |
| **900** | **Gregory Squire** | | |
| 901 | Squire CV | | |
| 902 | HSI Portland- Identify producer and victim in Darkweb CSE Series_Redacted | Squire 4/16 | |
| 903 | 2026_04_01 Response to Supplemental Discovery | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| **1000** | **Joshua Gottschalk** | | |
| 1001 | HSI Deferred Action Case Summary Jose (list of addresses) | | |
| 1002 | HSI Deferred Action Case Summary Maria (list of addresses) | | |
| 1003 | Request for deferred action memo | | |
| | | | |
| | | | |
| | | | |