**United States of America**

**vs.**

**Jose Adan Lopez-Guevara**

_____ FILED        _____ ENTERED
_____ LOGGED        _____ RECEIVED

APR 2 2 2026

AT
CLERK, U.S. DIST
DISTRICT OF

BY        D G        DEPUTY

**Criminal No. RDB-25-00010**

**Joint Exhibits**

| Exhibit No. | Identification | Admitted | Description |
|---|---|---|---|
| 1 | 4/16/26 | 4/16/26 | Stipulation #1 |
| 2 | APR 2 1 2026 | APR 2 1 2026 | Stipulation #2 |
| 3 | APR 2 1 2026 | APR 2 1 2026 | Stipulation #3 |
| 4 | APR 2 1 2026 | APR 2 1 2026 | Stipulation #4 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Exhibit List (Rev. 3/1999)