CASE NUMBER:  RDB-25-00010
CASE NAME: USA vs Jose Adan Lopez-Guevara

Verdict reached

JUROR NUMBER:

3

DATE:
TIME:

For Court Use Only:

Recv'd by: _____    DATE: _4/22/26_    TIME: _3:30pm_

Court Exhibit #: _____1_____

Jury Note (Rev. 2/2009)