# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

United States of America
Government                          *

　　　v.                              *            Civil No.: RDB-25-00010

Jose Adan Lopez-Guevara              *
Defendant

******

## CERTIFICATION - EXHIBITS TO BE SUBMITTED TO JURY

The undersigned counsel for the parties in this case hereby certify that they have marshaled all trial exhibits in this case with the Courtroom Deputy Clerk, and that they are satisfied, and do hereby stipulate that all of the trial exhibits that have been admitted into evidence are to be sent to the jury room for use in jury deliberations.

Counsel for Government                          Counsel for Defendant

_____                          _____

_____                          _____

Date: April 22, 2026

U.S. District Court (Rev. 5/2000) - Certification - Exhibits to be Submitted to Jury (Pleading)