_____ FILED          ENTERED
_____ LOGGED         RECEIVED

APR 2 2 2026

AT B.
CLERK, U.S.
DISTRICT O.

BY          D 6          DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. RDB-25-0010 |
| | * | |
| JOSE ADAN LOPEZ-GUEVARA, | * | |
| | * | |
| Defendant. | * | |

\*\*\*\*\*\*\*

## VERDICT FORM

1. How do you find defendant **JOSE ADAN LOPEZ-GUEVARA** as to **COUNT ONE** – Sexual Exploitation of a Minor, referenced in that count, on a date unknown but prior to December 2024?

   Not Guilty _____          Guilty _____X_____

2. How do you find defendant **JOSE ADAN LOPEZ-GUEVARA** as to **COUNT TWO** – Sexual Exploitation of a Minor, referenced in that count, on a date unknown but prior to December 2024?

   Not Guilty _____          Guilty _____X_____

3. How do you find defendant **JOSE ADAN LOPEZ-GUEVARA** as to **COUNT THREE** – Sexual Exploitation of a Minor, referenced in that count, on a date unknown but no later than August 17, 2023?

   Not Guilty _____          Guilty _____X_____

4. How do you find defendant **JOSE ADAN LOPEZ-GUEVARA** as to **COUNT FOUR** – Sexual Exploitation of a Minor, referenced in that count, on a date unknown but prior to December 2024?

   Not Guilty _____          Guilty _____X_____

5. How do you find defendant **JOSE ADAN LOPEZ-GUEVARA** as to **COUNT FIVE** – Sexual Exploitation of a Minor, referenced in that count, on a date unknown but no later than April 8, 2024?

Not Guilty _____         Guilty _____X_____

6. How do you find defendant **JOSE ADAN LOPEZ-GUEVARA** as to **COUNT SIX** – Possession of Child Pornography, on or about December 12, 2024?

Not Guilty _____         Guilty _____X_____

7. How do you find defendant **JOSE ADAN LOPEZ-GUEVARA** as to **COUNT SEVEN** – Sexual Exploitation of a Minor, referenced in that count, on a date unknown but prior to October 7, 2023?

Not Guilty _____         Guilty _____X_____

8. How do you find defendant **JOSE ADAN LOPEZ-GUEVARA** as to **COUNT EIGHT** – Sexual Exploitation of a Minor, referenced in that count, on a date unknown but prior to January 12, 2024?

Not Guilty _____         Guilty _____X_____

9. How do you find defendant **JOSE ADAN LOPEZ-GUEVARA** as to **COUNT NINE** – Sexual Exploitation of a Minor, referenced in that count, on a date unknown but prior to February 17, 2024?

Not Guilty _____         Guilty _____X_____

10. How do you find defendant **JOSE ADAN LOPEZ-GUEVARA** as to **COUNT TEN** – Sexual Exploitation of a Minor, referenced in that count, on a date unknown but prior to July 30, 2024?

Not Guilty _____         Guilty _____X_____

11. How do you find defendant **JOSE ADAN LOPEZ-GUEVARA** as to **COUNT ELEVEN** – Sexual Exploitation of a Minor, referenced in that count, on a date unknown but prior to July 30, 2024?

Not Guilty _____          Guilty ___X___

12. How do you find defendant **JOSE ADAN LOPEZ-GUEVARA** as to **COUNT TWELVE** – Sexual Exploitation of a Minor, referenced in that count, on a date unknown but prior to August 19, 2024?

Not Guilty _____          Guilty ___X___

13. How do you find defendant **JOSE ADAN LOPEZ-GUEVARA** as to **COUNT THIRTEEN** – Sexual Exploitation of a Minor, referenced in that count, on a date unknown but prior to August 28, 2024?

Not Guilty _____          Guilty ___X___

14. How do you find defendant **JOSE ADAN LOPEZ-GUEVARA** as to **COUNT FOURTEEN** – Sexual Exploitation of a Minor, referenced in that count, on a date unknown but prior to September 4, 2024?

Not Guilty _____          Guilty ___X___

15. How do you find defendant **JOSE ADAN LOPEZ-GUEVARA** as to **COUNT FIFTEEN** – Sexual Exploitation of a Minor, referenced in that count, on a date unknown but prior to September 4, 2024?

Not Guilty _____          Guilty ___X___

The foregoing constitutes the unanimous verdict of the jury.

_April 22, 2026_
DATE

SIGNATURE REDACTED

FOREPERSON